NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.   Criminal Number  1:23-mj-129

RICHARD ZACHARY ACKERMAN
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA    ☐ RETAINED    ☒ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Eric Wolpin (NH Bar No. 18372)
_(Attorney & Bar ID Number)_
Federal Defender Office
_(Firm Name)_
22 Bridge Street, Box 12
_(Street Address)_
Concord,   NH   03301
_(City)   (State)   (Zip)_
(603)226-7360
_(Telephone Number)_