Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 24-CR-060 (TJK)
)
)
RICHARD ZACHARY ACKERMAN )
)
)

## WAIVER OF INDICTMENT

I, RICHARD ZACHARY ACKERMAN, the above-named defendant, who is accused of

18:231(a)(3): CIVIL DISORDER; Civil Disorder; 18:641 PUBLIC MONEY, PROPERTY OR RECORDS; Theft of Government Property.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on April 11, 2024 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____     Date: 4/11/24
Timothy J. Kelly
United States District Judge