July 22, 2024

Dear Judge,

     My name is Melody Schlie and I am a resident of Nashua, New Hampshire. I am presently working in the field of Merchandising and also operate a non-profit organization, Breath of Life, which is in its early stages and offers support for accessing services including healthcare, nutrition, education, legal assistance, and substance disorder treatment. Prior to these endeavors, I was a Behavior Therapist and Volunteer Client Services Advocate.

     I became acquainted with Richard Zachary Ackerman in early 2022 through mutual friends in Manchester, New Hampshire. It did not take long for us to develop a close friendship; it was refreshing to happen upon a like-minded individual in an area inundated with severe social and health problems including substance use and violence. It is an unfortunate fact that the majority of individuals I encounter in Manchester these days are unpleasant and dishonest, with a disinterest in intellect and a propensity to steal – and are often predacious. Zachary Ackerman's character and conduct are in stark contrast to this.

     One of Zach's more outstanding characteristics is his brilliance; he truly is wise and worldly beyond his years. Upon meeting him, I immediately made note of his vocabulary and articulation. We are able to carry on thoughtful, engaging conversation at length, time and time again, despite an age difference of approximately 15 years. I've surmised that he encompasses both an innate intelligence as well as a vast array of knowledge one obtains exclusively from a combination of life experience and extensive studying. And although his intelligence is impressive and impactful in itself, I'd like to shed light on what I feel is perhaps the most important thing to understand about Zach: he is truly selfless. I have never witnessed a time when he has exhibited anything other than patience and kindness. From friends to family, acquaintances to strangers, and even regarding animals, Zachary is a purely empathetic and compassionate soul.

     I met Zach during the most difficult period of my life. I had just endured a series of traumatic events which had severe negative effects on my physical and mental health. I lacked stable housing. I had no access to transportation outside of the city. I had been stranded in Manchester alone for months, unsafe and unwell, and searching for a way to get to the Seacoast of New Hampshire where opportunities existed for me to begin getting my life back in order. Although Zach had also been facing some personal difficulties, including the recent theft of his personal vehicle, his directive became getting me to the seacoast – and due to his diligence, he was successful. The first leg of the journey brought

us to his family home in Salem where I became acquainted with his father and their two terrific, well-loved cats. He shared with me numerous family photographs and stories (some lighthearted, others tragic) along with videos and photographs of his travels abroad. I explored his library which included many rare works of historical nonfiction. I actually gained a deeper understanding of certain historical events based on his succinct explanations of such events. It became clear to me he is an excellent teacher. The latter half of the journey brought me to the seacoast of New Hampshire, where I was able to begin taking the necessary steps to address my health and other life situations. And I continued onward to where I am today: I have peace, a beautiful and safe home, a vehicle, a career, a non-profit, and my family intact once again.

    In a world with an abundance of ignorance and abuse, it is of utmost importance that we, as individuals, choose to hold ideals which oppose such ignorance and abuse, and for our actions to be in line with those ideals. Zachary Ackerman is one of those rare individuals who does just that, seemingly effortlessly and with great success - even when faced with significant challenges. I certainly have a tremendous amount of gratitude for him; not only for what he has done for me personally, but also for that which I am privy to know he consistently does for others, too. This is a truly high-quality individual with the brains, heart, and courage to impact the world constructively – in increasingly colossal ways. Our world would benefit considerably if we were to have more individuals of this caliber in it.

    If I can provide additional support on behalf of Zachary Ackerman, please reach out to me by e-mail or telephone and I will be happy to oblige.

Sincerely,

*Melody Schlie*

Melody Schlie

[redacted]
[redacted]
[redacted] NH [redacted]
[redacted]
[redacted]